| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of Delaware (State) |
| Case number (If known): _____ Chapter 11 |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  BIND Therapeutics, Inc.

2. **All other names debtor used in the last 8 years**  BIND Biosciences, Inc.

   Include any assumed names, trade names, and doing business as names

3. **Debtor's federal Employer Identification Number (EIN)**  56-2596148

4. **Debtor's address**

   Principal place of business

   325  Vassar Street
   Number  Street

   Cambridge        MA    02139
   City             State  Zip Code

   Middlesex
   County

   Mailing address, if different from principal place of business

   _____
   Number  Street

   _____
   P.O. Box

   _____
   City  State  Zip Code

   Location of principal assets, if different from principal place of business

   _____
   Number  Street

   _____
   City  State  Zip Code

   _____
   County

5. **Debtor's website (URL)**  http://www.bindtherapeutics.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  BIND Therapeutics, Inc.                                    Case number (*if known*)
       Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

       5   4   1   7

6. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☒ No
   - ☐ Yes. District _____  When _____  Case number_____
                                             MM/DD/YYYY
     District _____  When _____  Case number_____
                                             MM/DD/YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ☐ No
    - ☒ Yes.  Debtor  BIND Biosciences Security Corporation       Relationship  Subsidiary
      District  District of Delaware
      Case number, if known _____     When   Contemporaneously
                                                                                          MM/DD/YYYY

Debtor   BIND Therapeutics, Inc._____   Case number (*if known*) _____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number   Street<br>_____<br>City                                                                 State   Zip Code<br>**Is the property insured?** _____<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ |

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49         ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☒ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☒ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  BIND Therapeutics, Inc.  Case number (*if known*)
       Name

16. **Estimated liabilities**
   - ☐ $0-$50,000
   - ☐ $50,001-$100,000
   - ☐ $100,001-$500,000
   - ☐ $500,001-$1 million
   - ☐ $1,000,001-$10 million
   - ☒ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   ☒ I have been authorized to file this petition on behalf of the debtor.

   ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on 05/01/2016
              MM/DD/YYYY

   X _[signature]_     Andrew Hirsch
   Signature of authorized representative of debtor     Printed name

   Title  President and Chief Executive Officer

18. **Signature of attorney**

   X _[signature]_     Date 05/01/2016
   Signature of attorney for debtor              MM/DD/YYYY

   John H. Knight
   Printed name

   Richards, Layton & Finger, P.A.
   Firm name

   One Rodney Way, 920 North King Street
   Number  Street

   Wilmington      DE      19801
   City      State      Zip Code

   (302) 651-7512      knight@rlf.com
   Contact Phone      Email address

   3848      DE
   Bar number      State

OFFICER'S CERTIFICATE

BIND THERAPEUTICS, INC.

May 1, 2016

    I, the undersigned, duly elected, qualified, and acting Officer of BIND Therapeutics, Inc., a corporation organized and existing under the laws of the State of Delaware (the "Company"), do hereby certify solely on behalf of the Company and not in my individual capacity, that in such capacity, I am authorized to execute this Certificate on behalf of the Company and further hereby certify that:

1. Attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions duly adopted by the Directors of the Company on the date hereof approving and authorizing, among other things, the commencement of a case under Chapter 11 of Title 11 of the United States Code by the Company. Such resolutions have not been amended, modified, revoked or rescinded since their adoption and are in full force and effect on and as of the date hereof.

\* \* \* \* \*

LA\4518384.2

IN WITNESS WHEREOF, I have hereunto set my hand on behalf of the Company as of the date first written above.

BIND THERAPEUTICS, INC.

By: _____
Name: Andrew Hirsch
Title:   President and Chief Executive Officer

## EXHIBIT A

Board Resolutions

(attached)

# PROPOSED RESOLUTIONS
# OF THE BOARD OF DIRECTORS
# OF BIND THERAPEUTICS, INC.

*Approval of Bankruptcy Filing*

**WHEREAS**, BIND Therapeutics, Inc., a Delaware corporation (the "*Company*") maintains a credit facility (the "*Credit Facility*") with Hercules Technology III, L.P. ("*Hercules*"), which provides Hercules with the ability, under specified circumstances, to accelerate the Company's payment obligations under the Credit Facility.

**WHEREAS**, the Board of Directors (the "*Board*") determined that, in the event Hercules determined that an event of default under the Credit Facility had occurred, it would be in the Company's best interest to seek relief under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*").

**WHEREAS**, on April 26, 2016, Hercules sent a notice of default (the "*Notice of Default*") to the Company notifying the Company of certain purported events of default under the Credit Facility and demanding immediate payment in full of all amounts due under the Credit Facility.

**WHEREAS**, the Board has determined that it is in the Company's best interest to seek relief under Chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED**, that, the Board hereby approves the commencement of a case under Chapter 11 of the Bankruptcy Code by the Company (the "*Chapter 11 Case*").

**RESOLVED FURTHER**, that the President, Chief Executive Officer and Controller of the Company (each, an "*Authorized Person*") be, and each of them hereby is, acting singly, authorized to take all such steps and do all such acts and things as they shall deem necessary or advisable to commence the Chapter 11 Case, including but not limited to executing, verifying, and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"), the making of any and all other necessary filings with the Bankruptcy Court, the Securities and Exchange Commission, The NASDAQ Global Market, LLC, or any other national or global securities exchange, and any other filings that such Authorized Persons determine to be necessary or advisable, the making and execution of any necessary or advisable instruments, certificates, affidavits, or other documents in connection therewith, the signing or endorsement of any checks, posting of any bonds, and the payment of any fees and expenses in such connection, and to take any and all action to make, execute, verify, and file all applications, certificates, documents, or other instruments and to do any and all acts and things that any one or more of them shall deem necessary, advisable, or appropriate in order to carry out the intent and purpose of any and all of the foregoing resolution.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to take all actions

necessary or appropriate for the Company to obtain post-petition financing according to the terms negotiated by such Authorized Person, including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements, and all other documents, agreements, or instruments (collectively, the "*Credit Documents*") as may be deemed necessary or appropriate by such Authorized Person.

**RESOLVED FURTHER**, that, in the Chapter 11 Case, the Company is authorized to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, as is reasonably necessary for the continuing conduct of the affairs of the Company.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement, or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other documents, agreements, and papers, including all Credit Documents, and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Case, any post-petition financing or any cash collateral usage contemplated hereby or thereby.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP and Richards, Layton & Finger, P.A. to act as attorneys for the Company in connection with the Chapter 11 Case.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain Cowen and Company, LLC as financial advisor to the Company in connection with the Chapter 11 Case.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting, and bankruptcy services firms (together with the foregoing identified firms, the "*Professionals*") as may be deemed necessary or appropriate by any Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Case and achieving a successful reorganization.

**RESOLVED FURTHER**, that, each Authorized Person be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement, or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings, and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of these resolutions.

3

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved, and confirmed.

Fill in this information to identify the case:
Debtor name: BIND Therapeutics, Inc.
United States Bankruptcy Court for the: District of Delaware
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | BMR-325 Vassar Street LLC<br>Attn: Entity 735<br>17190 Bernardo Center Drive<br>San Diego, CA 92128 | BMR-325 Vassar Street LLC<br>Attn: Entity 735<br>PHONE: (858) 485-9840<br>FAX: (858) 485-9843<br>EMAIL: info@biomedrealty.com | Rent | | | | $346,384.14 |
| 2 | Baxter Oncology GmbH<br>Attn: Kay Vogel<br>Kantstrasse2<br>33790 Halle/Westfalen,<br>Germany | Baxter Oncology GmbH<br>Attn: Kay Vogel<br>PHONE: (+49) 520-1711 Ext. 1514<br>FAX: (+49) 5201-711-1209; (+49) 5201-711-4711<br>EMAIL: info@baxter-oncology.com | Manufacturing | | | | $307,608.37 |
| 3 | Evonik Corporation<br>Birmingham Laoratories<br>Dallas, TX 75397-8749 | Evonik Corporation<br>PHONE: (+49) 201-177-01<br>FAX: (+49) 201-177-3475<br>EMAIL: info@evonik.com | Manufacturing Raw Materials | | | | $222,582.28 |
| 4 | TangenX Technology Corp.<br>910 Boston Turnpike<br>Shrewsbury, MA 01545 | TangenX Technology Corp.<br>PHONE: (508) 845-6400<br>FAX: (508) 845-3030<br>EMAIL: ar@tangenx.com | Manufacturing Consumables | | | | $55,584.00 |
| 5 | Novella Clinical Inc.<br>PO Box 601070<br>Charlotte, NC 28260-1070 | Novella Clinical Inc.<br>PHONE: (919) 484-1921; (866) 303-4966<br>FAX: (919) 484-7727<br>EMAIL: news@novellaclinical.com | Clinical Trial Expenses | Disputed | | | $49,936.30 |
| 6 | WuXi AppTec Limited<br>Attn: Declan Ryan<br>288 Fute Zhong Road<br>Waigaoqiao Free Trade Zone, Shanghai 200131<br>China | WuXi AppTec Limited<br>Attn: Declan Ryan<br>PHONE: +86 (21) 5046-1111<br>FAX: +86 (21) 5046-1000<br>EMAIL: declan.ryan@wuxiapptec.com | Contract Research Organization (CRO) | | | | $28,000.00 |
| 7 | Rapp Polymere<br>Ernst-Simon-Strabe 9<br>Tubingen, D-72072<br>Germany | Rapp Polymere<br>PHONE: 49 (0)7071 763 157<br>FAX: 49 (0)7071 763 158<br>EMAIL: rapp-polymere@t-online.de | Manufacturing Raw Materials | | | | $13,500.00 |
| 8 | Innovive<br>10019 Waples Court<br>San Diego, CA 92121 | Innovive<br>PHONE: (866) -43-2-24 Ext. 3700<br>FAX:<br>EMAIL: info@innoviveinc.com | Lab supplies | | | | $6,647.50 |
| 9 | Johns Hopkins University<br>Johns Hopkins Technology Transfer<br>100 North Charles Street, 5th Floor<br>Baltimore, MD 21201 | Johns Hopkins University<br>PHONE: (410) 516-8300<br>FAX:<br>EMAIL: JHTV-Communications@jhu.edu | Legal - Patent | | | | $6,150.00 |
| 10 | Imanis Life Sciences<br>Minnesota BioBusiness Center<br>221 First Ave SW<br>Rochester, MN 55902 | Imanis Life Sciences<br>PHONE: 507-218-2559<br>FAX:<br>EMAIL: info@imanislife.com | Lab supplies | | | | $3,525.00 |
| 11 | Halcyon Labs Pvt Ltd<br>405-408, Navbharat Estate, 4th Floor<br>Sewri (West), Mumbai 400015<br>India | Halcyon Labs Pvt Ltd<br>PHONE:<br>FAX:<br>EMAIL: rmerchant@encoregroup.net | Manufacturing Raw Materials | | | | $3,000.00 |
| 12 | TEK<br>P.O. Box 1656<br>Zachary, LA 70791 | TEK<br>PHONE: (781) 437-1500<br>FAX: (781) 961.9086<br>EMAIL: info@tekspf.com | Fixed Assets | | | | $2,649.69 |
| 13 | NOF America Corporation<br>One North Broadway<br>White Plains, NY 10601 | NOF America Corporation<br>PHONE: (914) 681-9790<br>FAX: (914) 681-9791<br>EMAIL: info@nofamerica.com | Lab supplies | | | | $2,400.00 |
| 14 | Blue Cross Blue Shield of MA<br>P.O. Box 371318<br>Pittsburgh, PA 15250-7318 | Blue Cross Blue Shield of MA<br>PHONE: (617) 246-5000<br>FAX: (617) 832-4832<br>EMAIL: | Health Insurance | | | | $1,669.81 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 15 | Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 | Goodwin Procter LLP<br>PHONE: (617) 570-1000<br>FAX: (617) 523 1231<br>EMAIL: KShishkin@goodwinprocter.com | Legal - Patent | | | | $1,622.00 |
| 16 | Commonwealth Sciences<br>11 Walpole Street<br>Norwood, MA 02062 | Commonwealth Sciences<br>PHONE:<br>FAX: (781) 762-6060<br>EMAIL: info@cwsciences.com | Contractors | | | | $1,462.68 |
| 17 | Beacon Hill Staffing Group, LLC<br>PO Box 846193<br>Boston, MA 02284-6193 | Beacon Hill Staffing Group, LLC<br>PHONE:<br>FAX: (617) 227-1220<br>EMAIL: boston@beaconhillsg.com | Contractors | | | | $1,136.25 |
| 18 | Chargepoint Technology, Inc.<br>120 N Main Street, Suite 11<br>Forkedriver, NJ 08731 | Chargepoint Technology, Inc.<br>PHONE:<br>FAX: (408) 370-3847<br>EMAIL: | Manufacturing Supplies | | | | $868.00 |
| 19 | Elsevier BV<br>PO Box 7247-8455<br>Philadelphia, PA 19170-8455 | Elsevier BV<br>PHONE:<br>FAX: (+31) 20 485 2457<br>EMAIL: | Publications | | | | $546.00 |
| 20 | Spectral Data Services, Inc.<br>818 Pioneer<br>Champaign, IL 61820 | Spectral Data Services, Inc.<br>PHONE:<br>FAX: (217) 352-9748<br>EMAIL: sdsnmr@sdsnmr.com | Analytical Activity | | | | $500.00 |
| 21 | VWR<br>PO Box 640169<br>Pittsburgh, PA 15264-0169 | VWR<br>PHONE:<br>FAX: 610-431-9174<br>EMAIL: | Lab supplies | | | | $427.77 |
| 22 | EMD Millipore Corporation<br>25760 Network Place<br>Chicago, IL 60673-1258 | EMD Millipore Corporation<br>PHONE:<br>FAX: 781-533-3110<br>EMAIL: | Lab supplies | | | | $341.79 |
| 23 | Grainger<br>Dept. 879014025<br>Palatine, IL 60038-0001 | Grainger<br>PHONE:<br>FAX:<br>EMAIL: | Lab supplies | | | | $236.55 |
| 24 | Boston Bean Coffee Company<br>23 Draper Street<br>Woburn, MA 01801 | Boston Bean Coffee Company<br>PHONE: (781) 935-3100<br>FAX:<br>EMAIL: | Kitchen Supplies | | | | $167.40 |
| 25 | AAA Service Laboratory Inc<br>PO Box 1258<br>Boring, OR 97009-1258 | AAA Service Laboratory Inc<br>PHONE:<br>FAX: 503-558-9297<br>EMAIL: aaaservicelab@comcast.net | Lab Maintenance | | | | $115.00 |
| 26 | McMaster-Carr<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | McMaster-Carr<br>PHONE: (609) 259-8900<br>FAX: (609) 259-3575;(609) 689-3280<br>EMAIL: nj.sales@mcmaster.com | Lab supplies | | | | $20.53 |

**Fill in this information to identify the case and this filing:**

Debtor Name <u>BIND Therapeutics, Inc.</u>

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    *Amended Schedule* ___

☒    *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>05/01/2016</u>              **X**   <u>/s/ Andrew Hirsch</u>
                     MM/DD/YYYY                          Signature of individual on behalf of debtor

                                                        <u>Andrew Hirsch</u>
                                                        Printed name

                                                        <u>President and Chief Executive Officer</u>
                                                        Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**            Page 1

LA\4478515.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BIND THERAPEUTICS, INC., | : | Case No. 16-_____ (_____) |
| | : | |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. 56-2596148 | : | |

---

## DEBTOR'S LIST OF EQUITY SECURITY HOLDERS
## AND STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor-in-possession submits the following list of equity security holders of the above-captioned debtor's stock:

| Shareholder | Address of Shareholder | Number of Shares |
|---|---|---|
| CEDE & CO | PO BOX 20<br>BOWLING GREEN STN<br>NEW YORK, NY 10274 | 14,763,322 |
| POLARIS VENTURE PARTNERS V LP | 1000 WINTER STREET, SUITE 3350<br>WALTHAM, MA 02451 | 1,922,393 |
| DHK INVESTMENTS LLC | C/O KOCH FAMILY MANAGEMENT<br>4111 EAST 37TH STREET NORTH<br>WICHITA, KS 67220 | 1,399,153 |
| RUSNANO | ATTN DMITRIY LISENKOV<br>10A PROSPECT 60-LETIYA OKTYABRYA<br>117036 MOSCOW, RUSSIAN FEDERATION | 1,371,357 |
| ROBERT S LANGER JR | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 723,424 |
| DIMITRIS BERTSIMAS | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 154,725 |
| GERALD W BLAKELEY JR | BLAKELY INVESTMENT COMPANY<br>1 INTERNATIONAL PLACE SUITE 3250<br>BOSTON, MA 02110 | 118,482 |
| AFOS LLC | ATTN HANNES GRASCHER<br>UBS FINANCIAL SERVICES INC<br>1285 AVENUE OF THE AMERICAS, 19TH FLOOR<br>NEW YORK, NY 10019 | 81,272 |
| STEPHEN ZALE | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 38,167 |

| Shareholder | Address of Shareholder | Number of Shares |
|---|---|---|
| POLARIS VENTURE PARTNERS ENTREPRENEURS' FUND V LP | 1 MARINA PARK DR FL 10<br>BOSTON, MA 02210-1874 | 37,467 |
| JEFF HRKACH | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 33,282 |
| MICHAEL D LANGER IRREVOCABLE TRUST U/D/T 12/14/95 | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 32,442 |
| SAMUEL A LANGER IRREVOCABLE TRUST U/D/T 12/14/95 | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 32,442 |
| SUSAN K LANGER IRREVOCABLE TRUST U/D/T 12/14/95 | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 32,442 |
| ANDREW HIRSCH | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 31,293 |
| PETER W DOELGER | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 21,598 |
| POLARIS VENTURE PARTNERS SPECIAL FOUNDERS' FUND V LP | 1000 WINTER STREET SUITE 3350<br>WALTHAM, MA 02451 | 19,225 |
| POLARIS VENTURE PARTNERS FOUNDERS' FUND V LP | 1 MARINA PARK DR FL 10<br>BOSTON, MA 02210-1874 | 13,168 |
| PETER T SCARDINO | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 11,705 |
| DANIEL E KOERWER | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 7,633 |
| SHOKU ORDUKHANI KASHI | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 7,633 |
| GREGORY C TROIANO | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 5,343 |
| DAVID DEWITT | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 3,625 |
| FRANK XIAOFEI GU | DEPARTMENT OF CHEMICAL ENGINEERING BUILDING DWE-25 13S<br>UNIVERSITY OF WATERLOO<br>200 UNIVERSITY AVE WEST<br>WATERLOO, ON N2L 3G1<br>CANADA | 3,245 |
| MARSHALL WOLF | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 3,001 |
| MICHAEL FIGA | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 2,660 |
| RUXANDRA GREF | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 2,173 |
| JIANJUN CHENG | 325 VASSAR STREET<br>CAMBRIDGE, MA 02139 | 1,738 |

| Shareholder | Address of Shareholder | Number of Shares |
|---|---|---|
| GWANGJU INSTITUTE OF SCIENCE & TECHNOLOGY | 1 ORYONG-DONG BUK-GU 500-712 GWANGJU, REPUBLIC OF KOREA (S) | 1,738 |
| ALAN HORHOTA | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 1,400 |
| MATTHEW SIMMONS | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 1,335 |
| ALEKSANDAR FILIP RADOVIC-MORENO | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 1,135 |
| BENJAMIN A TEPLY | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 1,000 |
| SACHIKO HIROSUE | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 966 |
| BERNHARD G MUELLER | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 966 |
| RICHARD C MULLIGAN | C/O SARISSA CAPITAL MANAGEMENT 660 STEAMBOAT ROAD 3RD FLOOR GREENWICH, CT 06830 | 965 |
| MARIA TERESA PERACCHIA | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 724 |
| SANGYONG JON | DEPARTMENT OF BIOLOGICAL SCIENCES KAIST 291 DAEHAK-RO YUSEONG-GU 305-701 DAEJEON, REPUBLIC OF KOREA (S) | 607 |
| ROHIT KARNIK | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 347 |
| CHRIS CANNIZZARO | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 347 |
| ALIREZA KHADEMHOSSEINI | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 347 |
| KENNETH BERNSTEIN | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 300 |
| TARIKH CAMPBELL | 325 VASSAR STREET CAMBRIDGE, MA 02139 | 215 |
| TOTAL | | 20,886,802 |

**Fill in this information to identify the case and this filing:**

Debtor Name <u>BIND Therapeutics, Inc.</u>

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ___
- ☐ *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration – Debtor's List of Equity Security Holders and Statement of Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/01/2016           X   */s/ Andrew Hirsch*
              MM/DD/YYYY               Signature of individual on behalf of debtor

                                       Andrew Hirsch
                                       Printed name

                                       President and Chief Executive Officer
                                       Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**      Page 1

LA\4480024.1