IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
BIND THERAPEUTICS, INC., *et al.*,[1]                        :   Case No. 16-11084 (BLS)
                                                             :
                    Debtors.                                 :   (Joint Administration Requested)
------------------------------------------------------------ x

## NOTICE OF FILING ATTACHMENT TO VOLUNTARY PETITION

PLEASE TAKE NOTICE that on May 1, 2016, the above-captioned debtors and debtors-in-possession filed petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Petitions**");

PLEASE TAKE FURTHER NOTICE that, as reflected on its Petition, BIND Therapeutics, Inc. ("**BIND**") is required to file periodic reports with the Securities Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934 (the "**SEC Filing Requirement**");

PLEASE TAKE FURTHER NOTICE that, as a result of the SEC Filing Requirement, BIND was also required to file contemporaneously with its Petition the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) (the "**Attachment**"); and

PLEASE TAKE FURTHER NOTICE that the Attachment was inadvertently excluded from BIND's Petition. A copy of the Attachment is attached hereto as Exhibit 1.

---

[1] The Debtors, together with the last four digits of each Debtor's U.S. federal tax identification number, are: BIND Therapeutics, Inc. (6148) and BIND Biosciences Security Corporation (3208). The address for the Debtors is 325 Vassar Street, Cambridge, MA 02139.

RLF1 14456874v.1

Dated: May 2, 2016
       Wilmington, Delaware

*/s/ Brett M. Haywood*
RICHARDS, LAYTON & FINGER, P.A.
John H. Knight (No. 3848)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 498-7701
Email: knight@rlf.com
       steele@rlf.com
       haywood@rlf.com

- and -

LATHAM & WATKINS LLP
Peter M. Gilhuly
Kimberly A. Posin
Adam E. Malatesta
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Fax: (213) 891-8763
Email: peter.gilhuly@lw.com
       kim.posin@lw.com
       adam.malatesta@lw.com

Proposed Counsel for Debtors and
Debtors-in-Possession