IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIND THERAPEUTICS, INC., *et al.*,[1] | Case No. 16-11084 (BLS) |
| Debtor. | (Joint Administration Requested) |

*AMENDED*[2] **NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS AND (II) HEARING ON FIRST DAY MOTIONS SCHEDULED FOR MAY 3, 2016 AT 2:00 P.M. (EDT)**

**PLEASE NOTE THE TIME OF THE FIRST DAY HEARING HAS BEEN CHANGED TO 2:00 P.M. (EDT) WITH PERMISSION FROM THE COURT**

**TO:  ALL PARTIES IN INTEREST**

PLEASE TAKE NOTICE that on May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

PLEASE TAKE FURTHER NOTICE that in addition to the filing of the voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "**First Day Motions**")[3]:

A.  Declaration of Andrew Hirsch, President and Chief Executive Officer of BIND Therapeutics, Inc., in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 11 - filed May 1, 2016]

---

[1]  The Debtors, together with the last four digits of each Debtor's U.S. federal tax identification number, are: BIND Therapeutics, Inc. (6148) and BIND Biosciences Security Corporation (3208).  The address for the Debtors is 325 Vassar Street, Cambridge, MA 02139.

[2]  **Amended items appear in bold.**

[3]  Copies of all of the First Day Motions (as defined herein) are available online at the following address: https://cases.primeclerk.com/bind/.

RLF1 14458720v.1

B.   First-Day Motions:

1. Motion of Debtors for Order Under Fed. R. Bankr. P. 1015 and Del. Bankr. L.R. 1015-1 Authorizing Joint Administration of Chapter 11 Cases [Docket No. 2 - filed May 1, 2016]

2. Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [Docket No. 3 - filed May 1, 2016]

3. Motion of Debtors for Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 4 - filed May 1, 2016]

4. Motion of Debtors for Order Under 11 U.S.C. §§ 105 and 363 (A) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with, Various Insurance Policies, and (B) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Docket No. 5 - filed May 1, 2016]

5. Motion of Debtors for Order Under 11 U.S.C. §§ 105(a), 363(b), 506(a), 507(a)(8), and 541 and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Taxes and Fees [Docket No. 6 - filed May 1, 2016]

6. Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries, and Other Compensation, (B) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (C) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (D) Authorizing Payment of Withholding and Payroll-Related Taxes, (E) Authorizing Payment of Workers' Compensation Obligations, and (F) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers [Docket No. 8 - filed May 1, 2016]

7. Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 345, 363 and 364, Fed. R. Bankr. P. 6003, and Del. Bankr. L.R. 2015-2 and 4001-3 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 7 - filed May 1, 2016]

8. Motion of Debtors for Order Establishing Notice and Hearing Procedures for Trading in Equity Securities in the Debtors [Docket No. 10 - filed May 1, 2016]

9. Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 9 - filed May 1, 2016]

PLEASE TAKE FURTHER NOTICE that a hearing (the "**First Day Hearing**") with respect to the First Day Motions is scheduled for May 3, 2016 at **2:00 P.M**. (Eastern Daylight Time) at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, **5th Floor, Courtroom 5**[4], Wilmington, Delaware 19801 before The Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that any person who wishes to appear telephonically at the First Day Hearing, may contact COURTCALL, LLC at 866-582-6878 prior to the First Day Hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

PLEASE TAKE FURTHER NOTICE that all objections, if any, to the First Day Motions may be made at the First Day Hearing.

---

[4] Please note that the First Day Hearing will be held in Judge Carey's Courtroom (5th Floor, Courtroom 5).

RLF1 14458720v.1

Dated: May 2, 2016
      Wilmington, Delaware

*/s/ Amanda R. Steele*
**RICHARDS, LAYTON & FINGER, P.A.**
John H. Knight (No. 3848)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 498-7701
Email: knight@rlf.com
      steele@rlf.com
      haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**
Peter M. Gilhuly (*pro hac vice* admission pending)
Kimberly A. Posin (*pro hac vice* admission pending)
Adam E. Malatesta (*pro hac vice* admission pending)
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone:  (213) 485-1234
Fax:  (213) 891-8763
Email: peter.gilhuly@lw.com
      kim.posin@lw.com
      adam.malatesta@lw.com

*Proposed Counsel for Debtors and Debtors-in-Possession*