# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIND THERAPEUTICS, INC., *et al.*, | Case No. 16-11084 (BLS) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* PURSUANT TO DEL. BANKR. L.R. 9010-1

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Peter M. Gilhuly of Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560 to represent the above-captioned debtors and debtors-in-possession.

Dated: May 2, 2016
Wilmington, Delaware

*/s/ John H. Knight*
John H. Knight (No. 3848)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: knight@rlf.com
steele@rlf.com
haywood@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 14456329v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Local Rules and with the *Revised Standing Order for District Fund*, effective March 25, 2014. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court for the District Court upon the filing of this motion.

> */s/ Peter M. Gilhuly*
> Peter M. Gilhuly
> LATHAM & WATKINS LLP
> 355 South Grand Avenue
> Los Angeles, CA 90071-1560
> Telephone: (213) 485-1234
> Facsimile: (213) 891-8763
> Email: peter.gilhuly@lw.com