**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIND THERAPEUTICS, INC., *et al.*, | Case No. 16-11084 (BLS) |
| Debtors. | (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Stuart Komrower, Esquire, of Cole Schotz P.C., to represent Hercules Technology III, L.P. in this action.

**COLE SCHOTZ P.C.**

Dated: May 2, 2016   By:   */s/ Marion M. Quirk*
Marion M. Quirk (No. 4136)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and New York, the U.S. District Courts for the District of New Jersey and the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Third Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/ Stuart Komrower*
Stuart Komrower, Esquire
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
Hackensack, NJ  07601
Telephone:  (201) 489-3000
skomrower@coleschotz.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.