# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIND THERAPEUTICS, INC., *et al.*,[1] | Case No. 16-11084 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: May 19, 2016 at 4:00 p.m. (ET)**<br>**Hearing Date: May 26, 2016 at 9:00 a.m. (ET)** |
| | **Re: Docket Nos. 7 & 32** |

**NOTICE OF (A) ENTRY OF INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 345, 363, AND 364, FED. R. BANKR. P. 6003, AND DEL. BANKR. L.R. 2015-2 AND 4001-3 (I) AUTHORIZING CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, INCLUDING MAINTENANCE OF EXISTING BANK ACCOUNTS, CHECKS, AND BUSINESS FORMS, AND (II) AUTHORIZING CONTINUATION OF <u>EXISTING DEPOSIT PRACTICES AND (B) FINAL HEARING THEREON</u>**

PLEASE TAKE NOTICE that, on May 1, 2016, BIND Therapeutics, Inc. ("**BIND**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 345, 363 and 364, Fed. R. Bankr. P. 6003, and Del. Bankr. L.R. 2015-2 and 4001-3 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices* [Docket No. 7] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). A copy of the Motion is attached hereto as <u>Exhibit A</u>.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Motion on May 3, 2016, the Bankruptcy Court entered the *Interim Order Pursuant to 11 U.S.C. §§ 105(a), 345, 363, and 364, Fed. R. Bankr. P. 6003, and Del. Bankr. L.R. 2015-2 and 4001-3*

---

[1] The Debtors, together with the last four digits of each Debtor's U.S. federal tax identification number, are: BIND Therapeutics, Inc. (6148) and BIND Biosciences Security Corporation (3208). The address for the Debtors is 325 Vassar Street, Cambridge, MA 02139.

*(I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices* [Docket No. 32] (the "**Interim Order**"). A copy of the Interim Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, objections or responses to the final relief requested in the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by (a) BIND Therapeutics, Inc., 325 Vassar Street, Cambridge, MA 02139 (Attn: Peter Thomson), (b) Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, California 90071-1560 (Attn: Peter M. Gilhuly, Esq.), (c) Richards Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: John Knight, Esq.), (d) counsel to the official committee of unsecured creditors, if one is appointed, (e) counsel to the Debtors' prepetition lender, and (f) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Mark Kenney) on or before **May 19, 2016 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, the final hearing with respect to the Motion, if required, will be held before the Honorable Brendan L. Shannon at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on **May 26, 2016 at 9:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 4, 2016
       Wilmington, Delaware

                */s/ Brett M. Haywood*
                **RICHARDS, LAYTON & FINGER, P.A.**
                John H. Knight (No. 3848)
                Amanda R. Steele (No. 5530)
                Brett M. Haywood (No. 6166)
                One Rodney Square
                920 North King Street
                Wilmington, DE  19801
                Telephone:  (302) 651-7700
                Facsimile:  (302) 651-7701
                Email: knight@rlf.com
                        steele@rlf.com
                        haywood@rlf.com

                - and -

                **LATHAM & WATKINS LLP**
                Peter M. Gilhuly (*pro hac vice* admission pending)
                Kimberly A. Posin (*pro hac vice* admission pending)
                Adam E. Malatesta (*pro hac vice* admission pending)
                355 South Grand Avenue
                Los Angeles, CA 90071-1560
                Telephone:  (213) 485-1234
                Fax:  (213) 891-8763
                Email: peter.gilhuly@lw.com
                        kim.posin@lw.com
                        adam.malatesta@lw.com

                *Proposed Counsel for Debtors and*
                *Debtors-in-Possession*

RLF1 14463423v.1