# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DNIB UNWIND, INC. (f/k/a BIND THERAPEUTICS, INC.), *et al.*[1] | : | Case No. 16-11084 (BLS) |
| | : | |
| | : | (Jointly Administered) |
| Post-Effective Date Debtors. | : | |
| | : | **Related to D.I. 894** |

## ORDER AND FINAL DECREE PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 350(A) AND BANKRUPTCY RULE 3022 CLOSING THE CHAPTER 11 CASE OF DNIB UNWIND, INC. AND DISSOLVING THE DNIB LIQUIDATION TRUST

Upon consideration of the *Motion of DNIB Unwind, Inc. for Entry of an Order and Final Decree Closing its Chapter 11 Case Pursuant to 11 U.S.C. §§ 105(a) and 350(a) and Bankruptcy Rule 3022 and Dissolving the DNIB Liquidation Trust* (the "**Motion**");[2] and upon consideration of any responses to the Motion; and after an opportunity for a hearing; and the Court having found that DNIB Unwind has achieved substantial consummation of the Plan; and it appearing that the chapter 11 estate of DNIB Unwind has been fully administered; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby:

1. **ORDERED**, that the relief requested in the Motion is hereby GRANTED as set forth herein; and it is further

---

[1] The Post-Effective Date Debtors, together with the last four digits of each Post-Effective Date Debtor's U.S. federal tax identification number, are: DNIB Unwind, Inc. (f/k/a BIND Therapeutics, Inc.) (6148) and DNIB Subsidiary Corporation (f/k/a BIND Biosciences Security Corporation) (3208). The address for the Post-Effective Date Debtors is c/o Development Specialists, Inc., 333 South Grand Avenue, Suite 4100, Los Angeles, CA 90071.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion or the Plan, as applicable.

US-DOCS\112182910.2

2.      **ORDERED**, that the chapter 11 case of DNIB Unwind, Inc., Case No. 16-11084 (BLS), is hereby closed effective as of the date of this Order; and it is further

3.      **ORDERED**, that DNIB Unwind shall provide all quarterly reports due within 14 days after entry of this Order, and pay any fees due to the U.S. Trustee pursuant to 28 U.S.C. § 1930, to the extent not already paid, within seven days thereafter; and it is further

4.      **ORDERED,** that the Trust shall be dissolved on the date that is ninety (90) days after the date this Order is entered, and that the Trustee is authorized to file a certificate of cancellation with the Secretary of State of the State of Delaware; and it is further

5.      **ORDERED**, that pursuant to Local Rule 2002-l(f)(ix), within twenty-eight (28) days of the date hereof, Prime Clerk LLC, the claims and noticing agent in this chapter 11 case ("**Prime Clerk**") shall (a) forward to the Clerk an electronic version of all imaged Claims, (b) upload the creditor mailing list into CM/ECF, and (c) file a Final Claims Register.  Prime Clerk shall further box and transport all original Claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and file a completed SF-135 Form indicating the accession and location numbers of the archived Claims.

6.      **ORDERED**, that this Order is without prejudice to any party's right to re-open the DNIB Unwind Case; and it is further

7.      **ORDERED**, that the Clerk of the Court shall enter this Order individually on the docket of the DNIB Unwind Case and thereafter such docket shall be marked as "Closed;" and it is further

8.      **ORDERED**, that the terms of this Order shall be immediately enforceable and effective upon its entry; and it is further

9. **ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: January 6th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**